Prob 12B
(Rev. 01/2020 - D/SC)

# United States District Court

for

District of South Carolina

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Demetrius Cornelius Thomas     **Case Number:** 4:21CR00707-001

**Name of Sentencing Judicial Officer:** The Honorable Sherri A. Lydon, United States District Judge

**Date of Original Sentence:** November 22, 2022

**Original Offense:** Conspiracy to Possess with Intent to Distribute and Distribute 28 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 846, and 851(Enhanced Penalties)

**Original Sentence:** The defendant was committed to the custody of the Federal Bureau of Prisons for 120 months followed by 8 years' supervised release. The following special conditions were imposed: 1) Vocational Services with Copayment Language; 2) Educational Services; 3) Substance Abuse Testing with Copayment Language; and 4) $100 Special Assessment Fee (satisfied September 10, 2024).

On January 22, 2025, pursuant to an Executive Grant of Clemency, the defendant's sentence of imprisonment was commuted and ordered to expire on July 16, 2025. All other provisions remained as previously imposed.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** July 16, 2025

**Previous Court Action/Notification(s):** None.

---

**PETITIONING THE COURT**

☐  To extend the term of supervision for _____ years, for a total term of _____ years.

☒  To modify the conditions of supervision as follows:

   1. You must submit to periodic substance abuse testing up to 2 times per week during the term of supervision to determine if you have used a prohibited substance. This condition sets the maximum number of non-treatment program drug tests to which the defendant may be subject during his/her term of supervision.

Prob 12B                                                                                                                                   Page 2
(Rev. 01/2020 - D/SC)

2. You must contribute to the cost of any substance abuse testing, treatment, location monitoring, and/or other program services if ordered as a condition of supervision not to exceed the amount determined reasonable by the Court-approved U.S. Probation Office's "Sliding Scale for Services," and you will cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

## CAUSE

The defendant is subject to the following condition: You must refrain from any unlawful use of a controlled substance. On November 20, 2025, Mr. Thomas submitted a urine sample which tested positive for marijuana and cocaine. Subsequently, he signed an Admission of Drug Use Form admitting to using marijuana and cocaine approximately five days prior. At this time, we respectfully request the Court hold the above-noted violation in abeyance as this is Mr. Thomas' first positive drug test. He was verbally reprimanded and will be enrolled in the Comply random drug testing program, to be tested no less than twice per month. He has agreed to the modifications as evidenced by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release. The Court will be promptly notified of any future noncompliance.

*It is respectfully requested that the Court modify the defendant's special conditions as outlined above. The defendant has been advised that a subsequent revocation hearing may be scheduled as a result of the violation(s) or any future violations.*

                                                Respectfully Submitted,

By:   *Dougie Dew*
                Dougie B. Dew
                U.S. Probation Officer
                Florence Office
                Date: December 12, 2025

Reviewed and Approved By:

*John F. McLaurin*
John F. McLaurin
Supervisory U.S. Probation Officer

Prob 12B  
(Rev. 01/2020 - D/SC)

Page 3

**THE COURT ORDERS:**

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

*/s/ Sherri A. Lydon*
_____
The Honorable Sherri A. Lydon
United States District Judge

December 15, 2025
_____
Date